UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 AUG 28 PM 2:07
CLERK
BY [signature]
DEPUTY CLERK

Eda Dominguez Turcios,

Plaintiff,

v.

Director, United States Citizenship and Immigration Services,

Defendant.

Case No. 2:25-cv-650

**ORDER GRANTING**
**APPLICATION TO PROCEED *IN FORMA PAUPERIS***
(Doc. 1)

On July 15, 2025, Plaintiff, a North Carolina resident representing herself, filed an application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915 together with a proposed Complaint. Because Plaintiff's IFP Application (Doc. 1) satisfies the requirements of 28 U.S.C. § 1915(a), it is GRANTED, and the proposed Complaint (Doc. 1-1) may be filed. Plaintiff shall not be required to pay the fees for service of the Complaint. Service of process shall be undertaken pursuant to 28 U.S.C. § 1915(d) and, if necessary, shall be effected by the U.S. Marshals Service. *See* Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d).

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 28th day of August 2025.

Geoffrey W. Crawford, District Judge
United States District Court